
FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Martha Pesulima Pesulima DEFENDANT(S). | CASE NUMBER SACR 17-62-DOC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __July 11__, __2017__, at __3:00__ ☐a.m. / ☒p.m. before the Honorable __Scott__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/7/17__

_____
U.S. District Judge/Magistrate Judge
KAREN E. SCOTT